IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

**JASLEEN SW FL INC.,**

  **Plaintiff,**

vs.                    **CASE NO.:**

**SCOTTSDALE INSURANCE
COMPANY,**

  **Defendant.**

_____/

## COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff, JASLEEN SW FL INC., (hereinafter referred to as "Plaintiffs") by and through the undersigned counsel and files this complaint for damages and demand for jury trial against the Defendant, SCOTTSDALE INSURANCE COMPANY, (hereinafter referred to as "Defendant") and states the following:

1. This is a civil action for breach of contract wherein the damages are in excess of $50,000.00, excluding attorney's fees, costs and interest.

2. The Plaintiff is a Florida corporation doing business in Lee County, Florida.

3. This Complaint is filed in accordance with Florida Statute §627.70152(3)(a), et seq., Fla. Stat. (2021), which a Notice of Intent to Initiate Litigation was filed on February 15, 2023, with the Florida Department of Financial Services. A copy of the Notice is attached hereto as Exhibit "A".

## THE PARTIES

4. Jasleen SW FL Inc., is a corporate resident of the State of Florida, with a principal business address of 1319 Cape Coral Pkwy. E., Cape Coral, Florida 33904.

5. Scottsdale Insurance Company was and is a Foreign for-profit Corporation organized under the laws of the State of Ohio, with a principal business address of One West Nationwide Boulevard, Columbus, OH 43215.

## GENERAL ALLEGATIONS

6. That the Defendant, issued commercial insurance policy number CPS7468972 to the Plaintiffs. See Declaration page/policy attached hereto as Exhibit "B". That said policy of insurance provided coverage for the Plaintiff's commercial office building located at 1319 Cape Coral Pkwy. E., Cape Coral, Florida 33904. The subject policy of insurance provides coverage for including, but not limited to, damage caused to the property, replacement of personal property damaged and/or destroyed by a covered loss.

7. That on September 28, 2022, while the Plaintiff's commercial insurance was in full force and effect, Hurricane Ian passed over the Plaintiff's commercial office building. This resulted in significant damage to the property.

8. That the Plaintiff provided timely notice to the Defendant, of the loss occurring on September 28, 2022, and complied with all conditions precedent required by the subject policy of insurance. However, the Defendant, despite issuing claim number 02108056, breached the contract of insurance with the Plaintiff when it failed to properly compensate the Plaintiff for the repairs to the property which is a provision of the insurance contract issued by the Defendant.

## COUNT I – BREACH OF CONTRACT

9. Plaintiff realleges the allegations in Paragraphs One (1) through Eight (8) as though fully set forth herein, and further states:

10. That the Defendant has failed to timely evaluate and pay the benefits owed to the Plaintiff under the terms of the insurance policy issued by the Defendant.

11. All conditions precedent to the bringing of this action have occurred, have been performed or otherwise satisfied, or have been waived. That the Plaintiff, due to the Defendant's failure to comply with the terms of the insurance policy issued by them, have suffered damages including, but not limited to, additional property damage and the retention of experts to assist with this loss.

12. That the Defendant's failure to fulfill its contractual obligations contained in the commercial insurance policy issued to the Plaintiff has caused them to retain the services of the undersigned attorney for representation in this action. Therefore, the Defendant is responsible for statutory attorney's fees pursuant to Florida Statute §627.428.

WHEREFORE, the Plaintiff, JASLEEN SW FL INC., hereby demands judgment against the Defendant, SCOTTSDALE INSURANCE COMPANY, for all damages to the commercial building caused by the aforementioned damage together with interest on overdue payments, reasonable attorney's fees pursuant to Florida Statute §627.428, court costs and any other relief deemed just and equitable.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury of all issues so triable.

Dated this 19TH day of February 2023.

RESPECTFULLY SUBMITTED:

JONATHAN D. SCHWARTZ, P.A.
13611 South Dixie Hwy., Suite 335
Miami, FL  33176
Telephone:  (786) 299-2319
Facsimile:  (786) 953-4691

BY: /s/ Jonathan D. Schwartz, Esq.
Jonathan D. Schwartz, Esq.
FL Bar No: 178268
Email: jonathan@jonathanschwartzesq.com
service@jonathanschwartzesq.com

**EXHIBITS:**

A) Notice of Intent to Initiate Litigation filed February 15, 2023.

B) Scottsdale Insurance Declaration Page.

SERVICE INFORMATION:

SCOTTSDALE INSURANCE COMPANY, C/O:
CHIEF FINANCIAL OFFICER
200 E. GAINES ST.
TALLAHASSEE, FL 32399

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA**

**JASLEEN SW FL INC.,**

    **Plaintiff,**

**vs.**                                                                                                    **CASE NO.:**

**SCOTTSDALE INSURANCE
COMPANY,**

    **Defendant.**
_____/

# EXHIBIT A



## Property Insurance Notice of Intent to Initiate Litigation

| | |
|---|---|
| Notice Number: | 85173 |
| Notice Accepted: | 2/15/2023 2:58:55 PM |

☑ The submitter hereby states that The Property Insurance Intent to Initiate Litigation Notice is provided pursuant to Section 627.70152, Florida Statutes.

**Claimant** (Insured filing suit under a residential or commercial insurance policy)

| | |
|---|---|
| Name: | jasleen swfl |
| Street Address: | 1319-1321 cape coral pkwy E |
| City, State Zip: | cape coral, FL 33904 |
| Email Address: | taj2425@comcast.net |
| Policy Number: | cps7468972 |
| Claim Number: | 02108056 |

**Attorney**

| | |
|---|---|
| Name: | jonathan schwartz |
| Street Address: | 13611 south dixie highway suite 335 |
| City, State Zip: | miami, FL 33176 |
| Email Address: | jonathan@jonathanschwartzesq.com |
| Florida Bar #: | 178268 |
| Firm Name: | law office of jonathan schwartz |
| Role on Claim: | Represent Insured |

\* Pursuant to Section 627.70152, Florida Statutes, the Attorney filing this Notice must provide a copy of this Notice to the Claimant. The Claimant's email address is a required field as this Notice will be transmitted to the Claimant upon submission.

DFS-10-1600
Rev. 07/01/2021

Page: 1 of 2



### Notice Details

**Insurer Name:**

SCOTTSDALE INSURANCE COMPANY (41297)

* Make sure to reference the declarations page on the insurance policy to confirm the legal name of the insurance company. If you are unsure about the correct legal name of the underwriting company, please check with the Secretary of State, Division of Corporations, at www.sunbiz.org, or the Office of Insurance Regulation website at www.companysearch.myfloridacfo.gov to search for an insurer's name.

The Department of Financial Services (Department) does not review entries for accuracy, determine the validity of the allegations, nor verify that the proper insurance company has been selected on the Property Insurance Intent to Initiate Litigation Notice (Notice). This system determines whether a filing is accepted based on whether it contains a response in all required fields necessary to submit a complete Property Insurance Intent to Initiate Litigation Notice. No determination is made as to the legal sufficiency of the information provided by the consumer or their counsel in the submission.

**Alleged Acts or Omissions of the Insurer:**

Breach of insurance contract. Failure to adjust properly claim. Failure to conduct a through investigation. Failure to bring property to preloss condition.

This Notice is being provided following alleged acts or omissions by the insurer other than the denial of coverage.

| | |
|---|---|
| Presuit Settlement Demand: | $98,865.00 |
| Damages: | $88,765.00 |
| Attorney Fees: | $10,000.00 |
| Costs: | $100.00 |
| Disputed Amount: | $94,000.00 |

### Attachments

The following documents were included as part of this Notice. Please open this Notice online to review or download these documents.
1. Xerox Scan_02152023150924.pdf -

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA**

**JASLEEN SW FL INC.,**

       **Plaintiff,**

**vs.**                                                                                        **CASE NO.:**

**SCOTTSDALE INSURANCE
COMPANY,**

       **Defendant.**
_____/

# EXHIBIT B

8

## COMMON POLICY DECLARATIONS

NEW

Underwritten by: Scottsdale Insurance Company
Home Office:
One Nationwide Plaza • Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive • Scottsdale, Arizona 85258
1-800-423-7675 • A Stock Company

**Policy Number**
CPS7468972

**ITEM 1. NAMED INSURED AND MAILING ADDRESS**
JASLEEN SW FL INC

6393 EMERALD PINES
FORT MYERS FL 33966

**AGENT NAME AND ADDRESS**
RT SPECIALTY (ALL RISKS) (JUPITER, FL) 318 S US HIGHWAY SUITE 206 JUPITER FL 33477

Agent No.: 09045          Program No.: HA

**ITEM 2. POLICY PERIOD**   From: 11/01/2021   To: 11/01/2022   Term: 365
12:01 A.M., Standard Time at the mailing address shown in ITEM 1.

Business Description: LRO - BAR/NIGHT CLUB

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium Summary |
|---|---|
| Commercial General Liability Coverage Part | $ NOT COVERED |
| Commercial Property Coverage Part | $ 2,478 |
| Commercial Crime And Fidelity Coverage Part | $ NOT COVERED |
| Commercial Inland Marine Coverage Part | $ NOT COVERED |
| Commercial Auto Coverage Part | $ NOT COVERED |
| Professional Liability Coverage Part | $ NOT COVERED |
| | $ |
| | $ |
| Total Policy Premium | $ 2,478.00 |
| TOTAL TAXES AND FEES | $ 232.90 |
| | $ |
| Policy Total | $ 2,710.90 |

Form(s) and Endorsement(s) made a part of this policy at time of issue:
**See Schedule of Forms and Endorsements**

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORM(S) AND ENDORSEMENT(S), IF ANY, COMPLETE THE ABOVE-NUMBERED POLICY.


Nationwide

OPS-D-1 (1-17)

9



## SCHEDULE OF TAXES, SURCHARGES OR FEES

Policy No. CPS7468972

Effective Date: 11/01/2021
12:01 A.M., Standard Time

Named Insured   JASLEEN SW FL INC

Agent No. 09045

```
POLICY FEE                                    100.00
SURPLUS LINES TAX                             127.35
STAMP FEE                                       1.55
FL SURCHARGE                                    4.00
                                         -------------
        TOTAL TAXES, SURCHARGES OR FEES:      232.90
```

UTS-126L 10-93



## SCHEDULE OF FORMS AND ENDORSEMENTS

Policy No. CPS7468972                              Effective Date 11/01/2021
                                                                   12:01 A.M. Standard Time

Named Insured  JASLEEN SW FL INC                   Agent No. 09045

### COMMON POLICY

| Form | Date | Description |
|---|---|---|
| NOTS0381FL | 07-09 | FLORIDA POLICYHOLDER NOTICE |
| NOTX0178CW | 03-16 | CLAIM REPORTING INFORMATION |
| NOTX0423CW | 12-20 | POLICYHOLDER DISCLOSURE - NOTICE OF TERRORISM INSURANCE COVERAGE |
| UTS-COVPG | 06-19 | COVER PAGE |
| OPS-D-1 | 01-17 | COMMON POLICY DECLARATIONS |
| UTS-126L | 10-93 | SCHEDULE OF TAXES, SURCHARGES OR FEES |
| UTS-SP-2 | 12-95 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| UTS-SP-3 | 08-96 | SCHEDULE OF LOCATIONS |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| IL 09 53 | 01-15 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| UTS-29-FL | 06-97 | CANCELLATION AND NONRENEWAL-FLORIDA |
| UTS-490 | 11-18 | TOTAL OR CONSTRUCTIVE TOTAL LOSS PROVISION |
| UTS-496 | 06-19 | MINIMUM EARNED CANCELLATION PREMIUM |
| UTS-9g | 06-20 | SERVICE OF SUIT CLAUSE |
| UTS-491 | 01-19 | ASSIGNMENT OF CLAIM BENEFITS |

### COMMERCIAL PROPERTY

| Form | Date | Description |
|---|---|---|
| CPS-SD-1 | 02-19 | COMMERCIAL PROPERTY COVERAGE PART SUPPLEMENTAL DECLARATIONS |
| CP 00 10 | 10-12 | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |
| CP 00 90 | 07-88 | COMMERCIAL PROPERTY CONDITIONS |
| CFS-103-FL | 01-16 | SEWER OR DRAIN DEFINITION ENDORSEMENT-FLORIDA |
| CFS-20s | 10-17 | COMMERCIAL PROPERTY EXTENSION |
| CFS-21s | 10-17 | EQUIPMENT BREAKDOWN COVERAGE |
| CFS-68s-FL | 01-12 | CHANGES-FLORIDA |
| CP 01 40 | 07-06 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| CP 10 30 | 09-17 | CAUSES OF LOSS-SPECIAL FORM |
| CP 10 75 | 12-20 | CYBER INCIDENT EXCLUSION |
| CP 12 11 | 09-17 | BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS |
| CP 99 04 | 12-19 | CANNABIS EXCLUSION WITH HEMP EXCEPTION |

UTS-SP-2 (12-95)



## SCHEDULE OF LOCATIONS

Policy No. CPS7468972             Effective Date 11/01/2021
                                                 12:01 A.M. Standard Time

Named Insured   JASLEEN SW FL INC          Agent No.  09045

| Prem. No. | Bldg. No. | Designated Premises (Address, City, State, Zip Code) | Occupancy |
|---|---|---|---|
| 1 | 1 | 1319 CAPE CORAL PKWY E 1319-1321 CAPE CORAL FL 33904 | LRO - BUILLDING |

UTS-SP-3 08-96



## SCHEDULE OF FORMS AND ENDORSEMENTS

Policy No. CPS7468972                     Effective Date 11/01/2021
                                                         12:01 A.M. Standard Time

Named Insured  JASLEEN SW FL INC          Agent No. 09045

**COMMERCIAL PROPERTY**

| | | |
|---|---|---|
| IL 04 01 | 02-12 | FLORIDA-SINKHOLE LOSS COVERAGE |
| UTS-183g | 10-20 | WIND OR HAIL DEDUCTIBLE |

UTS-SP-2 (12-95)